

FILED
MAR 3 0 2009

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>MERIDIAN HEALTH CARE MANAGEMENT, INC<br><br>Debtor(s) | Case No.    SV 06-10733 GM<br><br>Chapter    7<br><br>Adversary No.  09-01101 GM |
|---|---|
| Michael Alper              Plaintiff(s)<br><br>vs.<br><br>Midcoast Care, Inc., Dolores Ross, Barbara Cheever, Daniel Munoz, Karen Calloway, Scott Hilinski, Chisholm Partners IV, LP, Fleet Equity Partners VI, LP, Kennedy Plaza Partners II, LLC, Fleet Venture Resources, Inc., Nautic Partners, LLC, Chisholm Management IV, LP., E4E, Inc., Somshankar Das, Murrali Rangarajan, Geoff Smyth, and Does 1-1000, inclusive | NOTICE OF AND ORDER FOR<br>STATUS CONFERENCE RE REMOVAL<br><br>DATE:  May 6, 2009<br>TIME:  1:30 p.m.<br>CTRM:  303 |

A Notice of removal was filed with this Court on __3/26/09__ Pursuant to Local Bankruptcy Rule 9027-1 notice is hereby given that a Status Conference will be held on **May 6, 2009** at **1:30 p.m.**, in Courtroom 303, 3rd Floor, U.S. Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills, CA 91367. To determine the status of this case and failure to appear may result in dismissal of the action or other sanctions.

Dated: 3/31/09                                      BY ORDER OF THE COURT
                                                              JON D. CERETTO, CLERK
                                                              U. S. BANKRUPTCY COURT

                                                              By: Kathy Ogier
                                                                    Deputy Clerk

## CERTIFICATE OF MAILING

I certify that a copy of this Notice and Order for Status Conference was mailed to the parties below on

DATED: 3/31/09

By: Kathy Ogier
Courtroom Service Clerk

Office of the U.S. Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

*Chapter 7 Trustee*
David R. Hagen, Trustee
Merritt & Hagen
6320 Canoga Ave., #1400
Woodland Hills, CA 91367

*Attorneys for David R. Hagen, Trustee*
Steven Gubner/Barak Vaughn/Richard Burstein
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard St., #500
Woodland Hills, CA 91367

*Attorneys for Nautic Partners, LLC; Chisholm Partners IV, L.P.; Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc.; Kennedy Plaza Partners II, LLC*
Joshua Briones/Ana Tagvoryan
DLA PIPER LLP
1999 Avenue of the Stars, #400
Los Angeles, CA 90067

*Attorneys for Nautic Partners, LLC; Chisholm Partners IV, L.P.; Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc.; Kennedy Plaza Partners II, LLC*
Mark Nadeau/Laura Kam
DLA PIPER LLP
2415 E. Camelback Rd. #700
Phoenix, AZ 85016

*Attorneys for Scott Hilinski*
Jonathan Kotlier
Nutter McClennen & Fish
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*Attorneys for Scott Hilinski*
Gary Lincenberg/John Rubiner
Bird Marella Boxer Wolpert Nessim Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

*Attorneys for Brian Sato*
Mark T. Hiraide
Petillon & Hiraide LLP
21515 Hawthorne Blvd. #1260
Torrance, CA 90503

*Attorneys for e4e, Inc.*
Peter Bronson
Law Offices of Peter C. Bronson
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

*Attorneys for Midcoast Care Inc.*
William A. Okerblom
John J. Mendoza
The Law Offices of William A. Okerblom
800 S. Broadway St., #203
Santa Maria, CA 93454