WILLIAM A. OKERBLOM (SBN 236053)
JOHN J. MENDOZA (SBN 177591)
THE LAW OFFICES OF WILLIAM A. OKERBLOM
800 S. Broadway St., Suite 203
Santa Maria, CA 93454
(805) 478-6570
FAX (866) 317-4919

Attorneys for Adversary Defendant MIDCOAST CARE, INC.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br>**MERIDIAN HEALTH CARE MANAGEMENT, INC.**,<br>Debtor. | Case No. 1:06-bk-10733-GM<br><br>**Chapter 7** |
| MICHAEL ALPER<br>Plaintiff,<br>v.<br>MIDCOAST CARE, INC., a California Corporation; DOLORES ROSS, an individual; DANIEL MUNOZ, an individual; KAREN CALLOWAY, an individual; SCOTT HILINSKI. an individual; CHISHOLM PARTNERS IV, LP, a Delaware limited partnership; FLEET EQUITY PARTNERS VI, LP, a Delaware limited partnership; KENNEDY PLAZA PARTNERS II, LLC, a Delaware limited liability corporation; FLEET VENTURE RESOURCES, INC, a Rhode Island corporation; NAUTIC PARTNERS, LLC, a Delaware Corporation; E4E, INC, a Delaware Corporation headquartered in California; CHISHOLM MANAGEMENT IV, L.P, a Delaware corporation; SONSHANK DAS, an individual; MURRALI RANGARAJAN, an individual; GEOFF SMYTH, an individual; and DOES 1-1000, inclusive,<br>Defendants. | Adv. No. 09-01101<br><br>[~~PROPOSED~~] ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE COURT ACTION TO STATE COURT |

- 1 -

Midcoast Care, Inc. having brought its *Motion to Abstain from Hearing Adversary Proceeding under 28 U.S.C. § 1334(c)(2) [Mandatory Abstention]; or in the Alternative, to Abstain from Hearing Adversary Proceeding Under 28 U.S.C. § 1334(c)(1) [Discretionary Abstention]; Request for Remand; and Demand for Jury Trial* (Hereinafter "Motion"), moving this Court to send removed action back to California Superior Court, and said Motion having been heard by the Court on May 27, 2009, and the Court having considered the pleadings and oral argument of all parties appearing at said hearing, and for the reasons stated on the record by the Court at the conclusion of the hearing on Motion held May 27, 2009,

IT IS HEREBY ORDERED THAT Midcoast's Motion is GRANTED, and the Court abstains and remands the removed state court lawsuit, Case No. 1273644 (known in Bankruptcy Court as Adversary Proceeding No. 09-01101 (related to 1:06-bk-10733-GM), back to the Superior Court of California, County of Santa Barbara, Cook Division, located at 312-C East Cook Street, Santa Maria, CA 93456-5369, from which it was removed.

Dated: JUN 16 2009, 2009

GERALDINE MUND
U.S. BANKRUPTCY JUDGE

- 2 -

[PROPOSED] ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE COURT ACTION
TO STATE COURT

| In re: **Meridian Health Care Management, Inc.** (Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101) Debtor(s). | CHAPTER: 7 CASE NUMBER: 1:06-bk-10733-GM |
|---|---|

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE ACTION TO STATE COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 1, 2009_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| Attorneys for Meridian Health Care Mgmt, Inc. (Debtor) | Attorneys for Midcoast Care, Inc. (Movant) | Attorneys for Michael Alper (Opposition) |
|---|---|---|
| Pachulski Stang Ziehl Young Jones & Weintraub, LLP 150 California Street, 15th Floor San Francisco, CA 94111-4500 | William A. Okerblom LAW OFFICE WILLIAM OKERBLOM 800 S. Broadway St., Suite 203 Santa Maria, CA 93454 | Howard I. Camhi ERVIN COHEN & JESSUP, LLP 4901 Wilshire Blvd., 9th Floor Beverly Hills, CA 90212 |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9021-1.1

| In re: **Meridian Health Care Management, Inc.**<br>(Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101) | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:06-bk-10733-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

*U.S. Bankruptcy Court*
Hon. Geraldine Mund
United States Bankruptcy Judge
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

*U.S. Trustee*
Office of the U.S. Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

*Chapter 7 Trustee*
David R. Hagen, Trustee
Merritt & Hagen
6320 Canoga Ave., #1400
Woodland Hills, CA 91367

*Attorneys for David R. Hagen, Trustee*
Steven Gubner/Barak Vaughn/Richard Burstein
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard St., #500
Woodland Hills, CA 91367

*Attorneys for Dolores Ross*
Jerry L. Kay
DeCASTRO WEST CHODOROW GLICKFELD & NASS, INC.
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

*Attorneys for E4E, Inc.*
Peter Bronson
Law Offices of Peter C. Bronson
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

*Attorneys for Scott Hilinski*
Jonathan Kotlier
NUTTER McCLELLEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*Attorneys for Scott Hilinski*
Gary Lincenberg/John Rubiner
BIRD MARELLA BOXER WOLPERT NESSIN DROOKS & LINCENBERG
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: **Meridian Health Care Management, Inc.**<br>(Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101)<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:06-bk-10733-GM |
|---|---|

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management; Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
*Kennedy Plaza Partners II, LLC*
Joshua Briones/Ana Tagvoryan
DLA PIPER LLP
1999 Avenue of the Stars, #400
Los Angeles, CA 90067

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management; Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
*Kennedy Plaza Partners II, LLC*
Mark Nadeau/Laura Kam
DLA PIPER LLP
2415 E. Camelback Rd. #700
Phoenix, AZ 85016

*Attorneys for Barbara Cheever*
Roger M. Hubbard
Law Offices of Roger M. Hubbard
426 Barcellus Ave., No. 303
Santa Maria, CA 93454

*Attorneys for Brian Sato*
Mark T. Hiraide
PETILLON & HIRAIDE LLP
21515 Hawthorne Blvd. #1260
Torrance, CA 90503

*Attorneys for Northridge Medical Group*
Uzzell S. Branson, III, Esq.
LAW OFFICES OF UZZELL S.
BRANSON, III
225 South Lake Ave, Suite 1400
Pasadena, CA 91101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9021-1.1