1  JOSHUA M. BRIONES (State Bar No. 205293)
   joshua.briones@dlapiper.com
2  ANA TAGVORYAN (State Bar No. 246536)
   ana.tagvoryan@dlapiper.com
3  **DLA PIPER LLP (US)**
   1999 Avenue of the Stars, Suite 400
4  Los Angeles, CA 90067-6023
   Tel: 310.595.3000
5  Fax: 310.595.3300

6
   MARK A. NADEAU (*Admitted Pro Hac Vice*)
7  mark.nadeau@dlapiper.com
   LAURA M. KAM (*Admitted Pro Hac Vice*)
8  laura.kam@dlapiper.com
   CAMILLA BUTLER (*Admitted Pro Hac Vice*)
9  camilla.butler@dlapiper.com
   **DLA PIPER LLP (US)**
10 2525 East Camelback Road, Suite 1000
   Phoenix, AZ 85016-4232
11 Tel: 480.606.5100
   Fax: 480.606.5101
12
   Attorneys for Defendants NAUTIC PARTNERS, LLC, CHISHOLM PARTNERS IV, L.P.,
13 CHISHOLM MANAGEMENT IV, L.P., FLEET EQUITY PARTNERS VI, L.P., FLEET VENTURE
   RESOURCES, INC., and KENNEDY PLAZA PARTNERS II, LLC
14
15 JONATHAN L. KOTLIER (*Admitted Pro Hac Vice*)
   jkotlier@nutter.com
16 **NUTTER, McCLENNEN & FISH**
   World Trade Center West, 155 Seaport Blvd.
17 Boston, MA 02210
   Tel: 617.439-2000
18 Fax: 617.310.9000

19 GARY S. LINCENBERG (State Bar No. 123058)
   JOHN K. RUBINER (State Bar No. 155208)
20 jkr@birdmarella.com
   **BIRD, MARELLA, BOXER, WOLPERT,**
21 **NESSIM, DROOKS & LINCENBERG, P.C.**
   1875 Century Park East, 23rd Floor
22 Los Angeles, CA 90067
   Tel: 310.201.2100
23 Fax: 310.201.2110

24 Attorneys for Defendant SCOTT HILINSKI

25
26 **UNITED STATES BANKRUPTCY COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
27 **SAN FERNANDO VALLEY DIVISION**

28

WEST\21729556.1

1

|  |  |
|---|---|
| In re<br><br>MERIDIAN HEALTH CARE MANAGEMENT, INC.,<br><br>                 Debtor.<br><br>MICHAEL ALPER,<br><br>                 Plaintiff,<br><br>v.<br><br>MIDCOAST CARE, INC., a California corporation; DOLORES ROSS, an individual; BARBARA CHEEVER, an individual; DANIEL MUNOZ, an individual; KAREN CALLOWAY, an individual; SCOTT HILINSKI, an individual; CHISHOLM PARTNERS IV, L.P., a Delaware corporation; FLEET EQUITY PARTNERS VI, L.P., a Delaware limited partnership; KENNEDY PLAZA PARTNERS II, LLC, a Delaware limited liability corporation; FLEET VENTURE RESOURCES, INC., a Rhode Island corporation; NAUTIC PARTNERS, LLC, a Delaware Corporation; CHISHOLM MANAGEMENT IV, L.P., a Delaware limited partnership; E4E, INC., a Delaware Corporation; SOMSHANKAR DAS, an individual; MURRALI RANGARAJAN, an individual; GEOFF SMYTH, an individual, and DOES 1-1000, inclusive,<br><br>                 Defendants. | Case No. 1:06-BK-10733-GM<br>Chapter 7<br>Adv. No. 1:09-AP-1101-GM<br><br>**NOTICE OF APPEAL**<br><br>**[F.R.B.P. 8001, 8002]**<br><br>[No Hearing Required] |

Defendants Nautic Partners, LLC, Chisholm Partners IV, LP, Fleet Equity Partners VI, LP, Fleet Venture Resources, Inc., Kennedy Plaza Partners II, LLC and Scott Hilinski (collectively, the "Nautic Parties"), appeal under 28 U.S.C. § 158(a)(1) from the Order entered by the Court on June 16, 2009 remanding the above-entitled adversary proceeding to state court pursuant to 28 U.S.C. § 1452(b) and/or 28 U.S.C. § 1334, and Federal Rule of Bankruptcy Procedure 9027 (hereinafter, "Order"). Fed. R. Bankr. P. 8001, 8002.

A true and correct copy of the Order is attached hereto as Exhibit "1".

The names of all parties on the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

***Counsel for Midcoast Care, Inc.***
John J. Mendoza
THE LAW OFFICES OF WILLIAM A. OKERBLOM
800 S. Broadway St., Suite 203
Santa Maria, CA 93454
Telephone: (805) 478-6570

***Counsel for e4e, Inc.***
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

***Counsel for Brian Sato***
Mark T. Hiraide, Esq.
PETILLON & HIRAIDE, LLP
21515 Hawthorne Blvd., Suite 1260
Torrance, CA 90503
Telephone: (310) 543-0500

***Counsel for Michael Alper***
Howard I. Camhi
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
Telephone: (310) 273-6333

*Counsel for Somshankar Das*
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

*Counsel for Murrali Rangarajan*
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

*Counsel for Geoff Smyth*
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

*Counsel for Dolores Ross*
Jerry L. Kay
Mark L. Share
DeCastro West Chodorow Glickfeld & Nass, Inc.
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Telephone: (310) 478-2541

1  *In Pro Per Defendant Barbara Cheever*
   Barbara Cheever
2  426 Barcellus Avenue, Suite 203
   Santa Maria, CA 93454
3  &
4  Roger M. Hubbard
   426 Barcellus Ave, Suite 303
5  Santa Maria, CA 93454
6  Telephone: (805) 925-3012 or (805) 928-5751

7

8  DATED: June __, 2009             **DLA PIPER LLP (US)**

9
                                    /s/
10                                  JOSHUA BRIONES
                                    *Attorneys for Defendants Nautic Partners, LLC, Chisholm*
11                                  *Partners IV, L.P., Chisholm Management IV, L.P., Fleet*
                                    *Equity Partners VI, LP, Kennedy Plaza Partners II, LLC*
12                                  *and Fleet Venture Resources, Inc.*

13
14 DATED: June __, 2009             **NUTTER, McCLENNAN & FISH**

15                                  **BIRD, MARELLA, BOXER, WOLPERT,**
                                    **NESSIM, DROOKS & LINCENBERG, P.C.**
16
17                                  John K. Rubiner /with permission/
                                    GARY S. LINCENBERG
18                                  JOHN K. RUBINER
                                    Attorneys for Defendant Scott Hilinski
19

20

21

22

23

24

25

26

27

28

WEST\21729556.1                     3

EXHIBIT 1

WILLIAM A. OKERBLOM   (SBN 236053)
JOHN J. MENDOZA (SBN 177591)
THE LAW OFFICES OF WILLIAM A. OKERBLOM
800 S. Broadway St., Suite 203
Santa Maria, CA 93454
(805) 478-6570
FAX (866) 317-4919

Attorneys for Adversary Defendant MIDCOAST CARE, INC.

FILED JUN 1 6 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Original ENTERED JUN 16 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br>MERIDIAN HEALTH CARE MANAGEMENT, INC.,<br>Debtor. | Case No. 1:06-bk-10733-GM<br><br>Chapter 7 |
| MICHAEL ALPER<br>Plaintiff,<br>v.<br>MIDCOAST CARE, INC., a California Corporation; DOLORES ROSS, an individual; DANIEL MUNOZ, an individual; KAREN CALLOWAY, an individual; SCOTT HILINSKI. an individual; CHISHOLM PARTNERS IV, LP, a Delaware limited partnership; FLEET EQUITY PARTNERS VI, LP, a Delaware limited partnership; KENNEDY PLAZA PARTNERS II, LLC, a Delaware limited liability corporation; FLEET VENTURE RESOURCES, INC, a Rhode Island corporation; NAUTIC PARTNERS, LLC, a Delaware Corporation; E4E, INC, a Delaware Corporation headquartered in California; CHISHOLM MANAGEMENT IV, L.P, a Delaware corporation; SONSHANK DAS, an individual; MURRALI RANGARAJAN, an individual; GEOFF SMYTH, an individual; and DOES 1-1000, inclusive,<br>Defendants. | Adv. No. 09-01101<br><br>[~~PROPOSED~~] ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE COURT ACTION TO STATE COURT |

- 1 -

[PROPOSED] ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE COURT ACTION
TO STATE COURT

EXHIBIT 1
PAGE 7

1  Midcoast Care, Inc. having brought its *Motion to Abstain from Hearing Adversary*
2  *Proceeding under 28 U.S.C. § 1334(c)(2) [Mandatory Abstention]; or in the Alternative, to*
3  *Abstain from Hearing Adversary Proceeding Under 28 U.S.C. § 1334(c)(1) [Discretionary*
4  *Abstention]; Request for Remand; and Demand for Jury Trial* (Hereinafter "Motion"), moving
5  this Court to send removed action back to California Superior Court, and said Motion having
6  been heard by the Court on May 27, 2009, and the Court having considered the pleadings and
7  oral argument of all parties appearing at said hearing, and for the reasons stated on the record by
8  the Court at the conclusion of the hearing on Motion held May 27, 2009,
9  IT IS HEREBY ORDERED THAT Midcoast's Motion is GRANTED, and the Court
10 abstains and remands the removed state court lawsuit, Case No. 1273644 (known in Bankruptcy
11 Court as Adversary Proceeding No. 09-01101 (related to 1:06-bk-10733-GM), back to the
12 Superior Court of California, County of Santa Barbara, Cook Division, located at 312-C East
13 Cook Street, Santa Maria, CA 93456-5369, from which it was removed.

Dated: JUN 16 2009 , 2009

GERALDINE MUND
U.S. BANKRUPTCY JUDGE

| | |
|---|---|
| In re: **Meridian Health Care Management, Inc.**<br>(Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101)<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:06-bk-10733-GM |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE ACTION TO STATE COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 1, 2009_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Attorneys for Meridian Health Care Mgmt, Inc. (Debtor)*
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

*Attorneys for Midcoast Care, Inc. (Movant)*
William A. Okerblom
LAW OFFICE WILLIAM OKERBLOM
800 S. Broadway St., Suite 203
Santa Maria, CA 93454

*Attorneys for Michael Alper (Opposition)*
Howard I. Camhi
ERVIN COHEN & JESSUP, LLP
4901 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                  F 9021-1.1

EXHIBIT 1
PAGE 6

| | |
|---|---|
| In re: **Meridian Health Care Management, Inc.**<br>(Re: **Michael Alper v. Midcoast et al, (Adv. No. 09-01101)**<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:06-bk-10733-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

*U.S. Bankruptcy Court*
Hon. Geraldine Mund
United States Bankruptcy Judge
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

*U.S. Trustee*
Office of the U.S. Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

*Chapter 7 Trustee*
David R. Hagen, Trustee
Merritt & Hagen
6320 Canoga Ave., #1400
Woodland Hills, CA 91367

*Attorneys for David R. Hagen, Trustee*
Steven Gubner/Barak Vaughn/Richard Burstein
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard St., #500
Woodland Hills, CA 91367

*Attorneys for Dolores Ross*
Jerry L. Kay
DeCASTRO WEST CHODOROW GLICKFELD & NASS, INC.
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

*Attorneys for E4E, Inc.*
Peter Bronson
Law Offices of Peter C. Bronson
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

*Attorneys for Scott Hilinski*
Jonathan Kotlier
NUTTER McCLELLEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*Attorneys for Scott Hilinski*
Gary Lincenberg/John Rubiner
BIRD MARELLA BOXER WOLPERT NESSIN DROOKS & LINCENBERG
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 9021-1.1

EXHIBIT 1
PAGE 7

| In re: **Meridian Health Care Management, Inc.**<br>(Re: **Michael Alper v. Midcoast et al, (Adv. No. 09-01101)**<br><br>Debtor(s). | CHAPTER: **7**<br><br>CASE NUMBER: **1:06-bk-10733-GM** |
|---|---|

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management; Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
*Kennedy Plaza Partners II, LLC*
Joshua Briones/Ana Tagvoryan
DLA PIPER LLP
1999 Avenue of the Stars, #400
Los Angeles, CA 90067

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management; Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
*Kennedy Plaza Partners II, LLC*
Mark Nadeau/Laura Kam
DLA PIPER LLP
2415 E. Camelback Rd. #700
Phoenix, AZ 85016

*Attorneys for Barbara Cheever*
Roger M. Hubbard
Law Offices of Roger M. Hubbard
426 Barcellus Ave., No. 303
Santa Maria, CA 93454

*Attorneys for Brian Sato*
Mark T. Hiraide
PETILLON & HIRAIDE LLP
21515 Hawthorne Blvd. #1260
Torrance, CA 90503

*Attorneys for Northridge Medical Group*
Uzzell S. Branson, III, Esq.
LAW OFFICES OF UZZELL S.
BRANSON, III
225 South Lake Ave, Suite 1400
Pasadena, CA 91101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9021-1.1

EXHIBIT 1
PAGE

Case 1:09-ap-01101-GM    Doc 51    Filed 07/02/09    Entered 07/02/09 09:09:03    Desc
Main Document      Page 12 of 13

| In re:<br>MERIDIAN HEALTHCARE MANAGEMENT, INC.                    Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:06-1733-GM<br>ADV. NO: 1:09-AP-1101-GM |
|---|---|

| | |
|---|---|
| *U.S. Trustee*<br>United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>(By Overnight Mail) | *Chapter 7 Trustee*<br>David R. Hagen<br>drh@forbankruptcy.com<br>MERRITT & HAGEN<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367<br>(By Overnight Mail) |
| *Counsel for Michael Alper*<br>Howard I. Camhi<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212<br>(By Overnight Mail) | *Counsel for Brian Sato*<br>Mark T. Hiraide, Esq.<br>mhiraide@phlcorplaw.com<br>PETILLON & HIRAIDE, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503<br>(By Overnight Mail) |
| *Counsel for e4e, Inc., Geoff Smyth, Murrali Ranarajan, Sumshanker Das*<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>(By Overnight ) | *Counsel for Dolores Ross*<br>Jerry L. Kay<br>Mark L. Share<br>DeCastro West Chodorow Glickfeld & Nass, Inc.<br>10960 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>(By Overnight Mail) |
| *Counsel for Northridge Medical Group, Inc. and Family/Seniors Medical Group.*<br>Uzzell S. Branson III, Esq.<br>usb3@usblaw.com<br>LAW OFFICES OF UZZELL S. BRANSON III<br>225 South Lake Avenue<br>Suite 1400<br>Pasadena, CA 91101<br>**(By Overnight Mail)** | *Counsel for Midcoast Care, Inc.*<br>John J. Mendoza<br>drlaw07@aol.com<br>THE LAW OFFICES OF WILLIAM A. OKERBLOM<br>800 S. Broadway St., Suite 203<br>Santa Maria, CA 93454<br>**(By Overnight Mail)** |
| *In Pro Per Defendant*<br>Barbara Cheever<br>426 Barcellus Avenue, Suite 203<br>Santa Maria, CA 93454<br>**(By Overnight Mail)** | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

| In re:<br>MERIDIAN HEALTHCARE MANAGEMENT, INC. | Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:06-1733-GM<br>ADV. NO: 1:09-AP-1101-GM |
|---|---|---|

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Blvd., Room 303
Woodland Hills, CA 91367-6603

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2009 | Robbyn James | /s/ |
|---|---|---|
| Date | Type Name | Signature |