FILED
AUG - 6 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

WILLIAM A. OKERBLOM    (SBN 236053)
THE LAW OFFICES OF WILLIAM A. OKERBLOM
800 S. Broadway St., Suite 203
Santa Maria, CA 93454
(805) 478-6570
FAX (866) 317-4919

Attorney for Adversary Defendant MIDCOAST CARE, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY

DIVISION

In Re:

MERIDIAN HEALTH CARE MANAGEMENT, INC.,

                      Debtor.

Case No. 1:06-bk-10733-GM
Adv. No:09-AP-1101-GM

Chapter 7

STIPULATION FOR A CONTINUANCE OF THE HEARING ON SCOTT F. HILINSKI'S MOTION FOR A PROTECTIVE ORDER AND SANCTIONS AGAINST THE LAW OFFICES OF WILLIAM A. OKERBLOM FROM AUGUST 12, 2009 UNTIL AUGUST 26, 2009

Via Fax

    This stipulation is entered into between the Movant Scott Hilinski, through his attorneys John K. Rubiner and Benjamin D. Lichtman, on the one hand, and the Respondant Law Office of William A. Okerblom, on the other hand, though their attorney of record William A. Okerblom, with reference to the following facts:

## RECITALS

    WHEREAS, on July 17, 2009, attorneys for Scott Hilinski filed his Motion For a Protective Order and Sanctions Against the Law Offices of William A. Okerblom; and

- 1 -

STIPULATION TO CONTINUE SCOTT HILINSKI'S MOTION FOR A PROTECTIVE ORDER AND SANCTIONS AGAINST THE LAW OFFICES OF WILLIAM A. OKERBLOM

WHEREAS William A. Okerblom, counsel for Midcoast Care, Inc., in is need of additional time, in light of a serious family emergency, to respond to Mr. Hilinski's Motion;

### STIPULATION

IT IS HEREBY STIPULATED and agreed by and between the Movant and the Respondant that:

1. The Court will be requested to grant a continuance of the hearing on this motion from August 12, 2009 until August 26, 2009 at 10:00 AM in courtroom 303 of the United States Bankruptcy Court, Central District of California, San Fernando Valley Division located a 21041 Burbank Blvd, Woodland Hills, California.

2. An extension of time to file a response to the allegations contained in the Motion will be granted by the Movant to the Respondent until 14 days before the scheduled hearing.

Dated: August 5, 2009        **LAW OFFICES OF WILLIAM A. OKERBLOM**

_____
WILLIAM A. OKERBLOM
Attorney


NUTTER, McCLELLAND & FISH
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS & LINCENBERG, P.C.

_____
JOHN K. RUBINER
BENJAMIN D. LICHTMAN
Attorneys for Movant Scott F. Hilinski

-2-

STIPULATION TO CONTINUE SCOTT HILINSKI'S MOTION FOR A PROTECTIVE ORDER AND SANCTIONS AGAINST THE LAW OFFICES OF WILLIAM A. OKERBLOM