# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

In re: MERIDIAN HEALTH CARE MANAGEMENT, INC.,

Debtor

---

NAUTIC PARTNERS, LLC; CHISHOLM PARTNES, IV, LP; FLEET EQUITY PARTNES, VI, LP; FLEET VENTURE RESOURCES, INC.; KENNEDY PLAZA PARTNERS II, LL; CHISHOLM MANAGEMENT IV, L.P.; SCOTT HILINSKI,

Appellants

v.

MIDCOAST CARE, INC.; E4E, INC.; BRIAN SATO; MICHAEL ALPER; SOMSHANKAR DAS; MURRALI RANGARAJAN; GEOFF SMYTH; DOLORES ROSS; BARBARA CHEEVER; ROGER M. HUBBARD,

Appellees

BAP No. CC-09-1222

Bankr. No. SV 06-10733-GM
Adv. No. 09-01101-GM
Chapter 7

**FILED**

AUG 14 2009

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Harold S. Marenus, Clerk
by Deputy Clerk    8/14/09

## ORDER OF DISMISSAL

The parties' stipulation to dismiss this appeal is approved by the Bankruptcy Appellate Panel. Therefore, it is hereby **ORDERED** that the appeal is **DISMISSED** pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Harold S. Marenus, BAP Clerk

**By:** Patti Ippolito, Deputy Clerk
**Filed and entered:** August 14, 2009

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties in interest as designated by the Appellant in the Notice of Appeal, to the United States Trustee and the Clerk of the Bankruptcy Court.

**By:** Patti Ippolito, Deputy Clerk
**Date:** August 14, 2009